**Entered on Docket
January 11, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER
TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS
WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MANUEL M. RODRIGUEZ JR ,<br><br>                Debtor(s). | Bankruptcy Case No. BK-S-09-30719-bam<br>Chapter 7<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER VACATING AUTOMATIC STAY<br>Date:   December 15, 2009<br>Time:   1:30 P.M. |

1  A hearing on Secured Creditor Wells Fargo Bank, N.A., successor by merger to
2  Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, fka World
3  Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing
4  in the United States Bankruptcy Court before the Honorable Bruce A. Markell.
5  The court having duly considered the papers and pleadings on file herein and
6  being fully advised thereon and finding cause therefor:
7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic
8  Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by
9  Secured Creditor, of all its rights in the subject property, generally described as 9179 Ferdinand
10  Ct, Las Vegas, Nevada 89129-3692, and legally described as follows:

11  SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF.
12
13
14  APPROVED/DISAPPROVED

15  _____
   TIMOTHY S. CORY
16  TRUSTEE

17  /././
18  /././
19  /././
20  /././
21  /././
22  /././
23  /././
24  /././
25  /././
26  /././
27  /././
28  /././

1  ALTERNATIVE METHOD re: RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3  ☐      The court has waived the requirement of approval under LR 9021.

4  ☐      No parties appeared or filed written objections, and there is no trustee appointed in the
5  case.

6  ☒      I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
7  any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
8  and each has approved or disapproved the order, or failed to respond, as indicated below [list
9  each party and whether the party has approved, disapproved, or failed to respond to the
10 document]:

11 ☐      Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

12 ☐      Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

13 ☒      Failed to respond. - Trustee

14                                             ###

15 Submitted by:

16 /s/ Jacque A. Gruber
17 4375 Jutland Drive, Suite 200
   P.O. Box 17933
18 San Diego, CA 92177-0933
   (858) 750-7600
19 NV Bar 11385
   Attorney for WELLS FARGO
20 BANK, N.A., SUCCESSOR
   BY MERGER TO WELLS
21 FARGO BANK SOUTHWEST,
   N.A. FORMERLY KNOWN AS
22 WACHOVIA MORTGAGE, FSB,
   FKA WORLD SAVINGS BANK, FSB

23

24

25

26

27

28

## EXHIBIT "A"

### PARCEL ONE (1):

Lot Eighty-six (86) of SPANISH SPRINGS AT LONE MOUNTAIN UNIT 2, A COMMON INTEREST COMMUNITY, as shown by map thereof on file in Book 108 of Plats, Page 32, in the Office of the County Recorder of Clark County, Nevada. And as amended by Certificate of Amendment recorded October 3, 2002, in Book 20021003 as Document No. 03135 and recorded July 9, 2003 in Book 20030709 as Document No. 03017, of Official Records.

### PARCEL TWO (2):

A non-exclusive easement for ingress, egress, use and enjoyment and public utility purposes on, over and across the private streets and common areas on the map referenced hereinabove, which easement is appurtenant to Parcel One (1)

Prepped
JAN 23 2006
Sharon Ruiz